UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP CAMPBELL,

          Plaintiff,

    v.

MILOUS JAMES IVORY,

          Defendant.

Case No. 26-cv-01164-JST

**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE TO STATE COURT**

Re: ECF No. 5

The Court has reviewed Magistrate Judge Kandis A. Westmore's report and recommendation, ECF No. 5, to remand the case to state court. The 14-day period for objections has elapsed, and no objections have been filed. *See* Fed. R. Civ. P. 72(b)(2). Plaintiff Philip Campbell also filed a motion to remand the case.

The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. The Court will remand the case to state court.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: March 5, 2026

_____
JON S. TIGAR
United States District Judge